TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00601-CV

Joseph D. Sims and Berkom U.S.A., L.L.C., Appellants

v.

TÜV Mitte AG f/k/a CUBIS AG, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT

NO. 98-13841, HONORABLE PAUL R. DAVIS, JR., JUDGE PRESIDING 

 Joseph D. Sims and Berkom U.S.A., L.L.C., and TÜV Mitte AG, formerly known
as CUBIS AG, have filed a joint motion to dismiss this appeal following their settlement of the
underlying dispute. They also request expedited issuance of the mandate. We grant the motion
and dismiss this appeal.

 
 

 J. Woodfin Jones, Justice

Before Justices Jones, Yeakel and Patterson

Dismissed on Joint Motion

Filed: April 27, 2000

Do Not Publish